Decided April 27, 2011

MICHAEL COX *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Cox's petition for certification for appeal from the Appellate Court, 127 Conn. App. 309 (AC 31417), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Justin R. Clark,* in support of the petition.

*John A. East III,* senior assistant state's attorney, in opposition.

Decided April 27, 2011

VICTOR ANATRA ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF MADISON

The defendant's petition for certification for appeal from the Appellate Court, 127 Conn. App. 125 (AC 31499), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that a zoning board may not deny a permit for a plan that complies with local zoning regulations but differs materially from that presented in a previously approved variance application?"

The Supreme Court docket number is SC 18784.

*Michael A. Zizka,* in support of the petition.

*Proloy K. Das* and *Glenn E. Coe,* in opposition.

Decided April 27, 2011